# IN UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CINDY PILLION and STEVE McCLANAHAN,<br><br>                       Plaintiffs,<br><br>vs.<br><br>LYON COUNTY and BRAD POPE; and DOES I-100,<br><br>                       Defendants. | Case No.: 3:11-CV-00139-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiffs, CINDY PILLION and STEVE McCLANAHAN and Defendants, LYON COUNTY and BRAD PIPE, by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

DATED: February 17, 2012.

LAW OFFICES OF DAY R. WILLIAMS

By: /s/ *Day R. Williams*
    Day R. Williams, Esq.
    1601 Fairview Drive, Suite C
    Carson City, NV 89701-5860
    Attorney for Plaintiffs

DATED: February 17, 2012.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: /s/ *Katherine F. Parks*
    Katherine F. Parks, Esq.
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorneys for Defendants

IT IS SO ORDERED this 17th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE